UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MADISON JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>WESTON FOODS US, LLC n/k/a WB FROZEN US, LLC,<br><br>    Defendant. | Case No. 1:23-cv-00109-JMS-MKK |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Comes now Defendant, Weston Foods US, LLC n/k/a WB Frozen US, LLC, by counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby notifies the Court as follows:

1. Defendant is a wholly-owned subsidiary of WB Frozen Holdings US Corporation.

2. No publicly held company or investment fund owns stock in Defendant.

<div style="margin-left: 50%">

Respectfully submitted,

ICE MILLER LLP

*/s/ Cameron D. Ritsema*
Paul H. Sinclair, Attorney No. 17556-49
Cameron D. Ritsema, Attorney No. 35347-53

*Attorneys for Defendant, Weston Foods US, LLC n/k/a WB Frozen US, LLC*

</div>

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Phone: (317) 236-2100
Fax: (317) 592-5456
Paul.Sinclair@icemiller.com
Cameron.Ritsema@icemiller.com